# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| MAGDALENA SANTOS, Individually and as Next of Friend of A.B., a Minor § § § § | |
| v. § | CIVIL ACTION NO. 3:23-CV-2366-S-BN |
| KENZARIOUS MARTEZ RHODES and P.N.M. TRANSPORTATION, LLC § § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED May 20, 2025.

_____
**UNITED STATES DISTRICT JUDGE**